UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>BLAZENA BOGDAN,<br><br>                  Defendant. | NO:  CV-12-449-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80278-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT BLAZENA BOGDAN |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendant Blazena Bogdan, BK ECF No. 50 and DC ECF No. 20.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists

ORDER ADOPTING G BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT BLAZENA BOGDAN ~ 1

1  pursuant to the entry of an Order of Default in the Bankruptcy Court on July 17,

2  2013, BK ECF No. 44, this Court hereby **ADOPTS** the Bankruptcy Court's Report

3  and Recommendation, **ECF No. 20**, and shall enter judgment accordingly.

4  **IT IS SO ORDERED**.

5  The District Court Clerk is hereby directed to enter this Order and to provide

6  copies to counsel, Defendant, and Judge Patricia C. Williams.

7  **DATED** this 16th day of September 2013.

8

9  *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
10  Chief United States District Court Judge

11

12

13

14

15

16

17

18

19

20